**UNITED STATES of America,**
**Plaintiff–Appellee**

**v.**

**Calvin Christopher WALLACE,**
**Defendant–Appellant.**

**No. 07–30647**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Aug. 20, 2008.

Todd S. Clemons, U.S. Attorney's Office Western District of Louisiana, LaFayette, LA, for Plaintiff–Appellee.

Calvin Christopher Wallace, Breaux Bridge, LA, pro se.

the limited circumstances set forth in 5TH Cir. R. 47.5.4.

Before GARZA, CLEMENT, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Calvin Christopher Wallace has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Wallace has filed a response. Our independent review of the record, counsel's brief, and Wallace's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

The Federal Public Defender appointed to represent Francisco Salas–Avalos (Salas) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Salas has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

